```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DWIGHT A. WILLIAMS,                                         :
                            Plaintiff,                      :
                                                            :   13 Civ. 102 (JPO)
            -against-                                       :
                                                            :   ORDER
                                                            :
OFFICER HUGHES, et al.,                                     :
                            Defendants.                     :
                                                            :
------------------------------------------------------------
                                                            X
```



J. PAUL OETKEN, District Judge:

The Court has reviewed Magistrate Judge Debra Freeman's Report and Recommendation (the "Report") following referral of the case for general pretrial, and adopts the recommendation in the Report that this case be dismissed without prejudice.

Because no party filed a timely objection to the Report, the Court reviews it for clear error. *See* Fed. R. Civ. P. 72(b), Advisory Comm. Notes (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Magistrate Judge Freeman's Report is well-reasoned, fair, and presents no errors, and is therefore fully adopted by this Court.

The Clerk of the Court is directed to close this case.

SO ORDERED.

Dated: New York, New York
       September 26, 2013

                                             _____
                                                    J. PAUL OETKEN
                                                United States District Judge